IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALMONT INDUSTRIES, INC.;<br>FARMSCAN AG PTY LTD; and<br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF IDAHO,<br><br>            Plaintiffs,<br><br>      v.<br><br>LINDSAY CORPORATION,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>8:11CV415<br><br><br><br>ORDER |

This matter is before the Court on Lindsay Corporation's motion for withdrawal of counsel (Filing No. 41). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Gregory P. Love and the law firm of Stevens Love Hill & Holt, PLLC, is deemed withdrawn as counsel for Lindsay Corporation.

DATED this 4th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court