IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALMONT INDUSTRIES, INC.;<br>FARMSCAN AG PTY LTD; and<br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF IDAHO,<br><br>        Plaintiffs,<br><br>    v.<br><br>LINDSAY CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:11CV415<br><br><br><br><br>ORDER |

       This matter is before the Court on plaintiffs' motion for leave to file second amended complaint (Filing No. 44). The Court finds the motion should be granted. Accordingly,

       IT IS ORDERED that the motion is granted; plaintiffs shall have until January 31, 2012, to file their second amended complaint. Defendant shall have rule time to respond.

       DATED this 24th day of January, 2012.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court