IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| VALMONT INDUSTRIES, INC., FARMSCAN AG PTY LTD, and BOARD OF REGENTS OF THE UNIVERSITY OF IDAHO,<br><br>          Plaintiffs,<br><br>vs.<br><br>LINDSAY CORPORATION,<br><br>          Defendant. | CASE NO. 8:11-CV-00415-LES-TDT<br><br>**<u>NOTICE OF SERVICE OF PLAINTIFFS' DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS</u>** |

On the 22nd day of March, 2012, the undersigned counsel of record served Plaintiffs' Disclosures of Asserted Claims and Infringement Contentions upon counsel for the Defendant by electronic mail and documents associated with such Disclosures as required by Patent Rule 3-2 by Federal Express:

John P. Passarelli (john.passarelli@kutakrock.com)
James M. Sulentic (james.sulentic@kutakrock.com)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186

DATED this 22nd day of March, 2012.

**VALMONT INDUSTRIES, INC.;
FARMSCAN AG PTY LTD; and
BOARD OF REGENTS OF THE
UNIVERSITY OF IDAHO, Plaintiffs**

By: /s Mark F. Enenbach
Mark F. Enenbach, NE #15202
Patrick E. Brookhouser, Jr., NE #19245
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

- and –

By: /s P. Weston Musselman, Jr.
P. Weston Musselman, Jr.
pwm@fr.com
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
*Pro Hac Vice* application submitted
Texas Bar No. 14749600
*Pro Hac Vice* application submitted
Jane J. Du
jjdu@fr.com
Texas Bar No. 24076355
*Pro Hac Vice* application submitted

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of March, 2012, I electronically filed the foregoing Plaintiffs' Notice of Service of Disclosure of Asserted Claims and Infringement Contentions with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following individuals:

John P. Passarelli
James M. Sulentic
KUTAK ROCK LLLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186

                                                /s/ Mark F. Enenbach
                                                Mark F. Enenbach