IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALMONT INDUSTRIES, INC.;<br>FARMSCAN AG PTY LTD; and<br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF IDAHO,<br><br>    Plaintiffs,<br><br>  v.<br><br>LINDSAY CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:11CV415<br><br><br><br>ORDER |

  This matter is before the Court on the joint stipulation to amend scheduling order and extend certain deadlines (Filing No. 62). The Court finds the stipulation should be approved and adopted. Accordingly,

  IT IS ORDERED:

  1) The joint stipulation of the parties is approved and adopted.

  2) The parties shall exchange a list of claim terms, phrases or clauses that the party contends should be construed by the Court, and must identify any claim element that the party contends should be governed by the sixth paragraph of 35 U.S.C. § 112, to be interpreted on or before **May 21, 2012.**

  3) The parties shall exchange proposed construction of each claim term, phrase, or clause which the parties have collectively identified for claim construction purposes and

identify intrinsic evidence, as set forth in Patent Rule 4-2 on or before **June 18, 2012.**

    4) The parties shall complete and file a joint claim construction and prehearing statement on or before **July 9, 2012.**

    5) All other dates in the Court's scheduling order (Filing No. 53) remain unchanged.

    DATED this 14th day of May, 2012.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court