IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALMONT INDUSTRIES, INC.;<br>FARMSCAN AG PTY LTD; and<br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF IDAHO,<br><br>            Plaintiffs,<br><br>      v.<br><br>LINDSAY CORPORATION,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>8:11CV415<br><br><br><br>ORDER |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 68).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted;

2) All causes of action filed herein by and between plaintiffs Valmont Industries, Inc., Farmscan AG PTY LTD and Board of Regents of the University of Idaho, and defendant Lindsay Corporation, are dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED this 6th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court